UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| HAROLD JOHN ("JACK")  DANE, III, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| v. | ) | |
| | ) | |
| LEXISNEXIS RISK SOLUTIONS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### INTRODUCTION

1.      Plaintiff, Harold John ("Jack") Dane, III, brings this action under the Federal Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA"), to secure redress for outrageous credit reporting practices.

2.      Plaintiff complains of defendant's wrongful reporting of inaccurate information in consumer reports relating to him.   Defendant attributed to plaintiff, an attorney who handles criminal defense work, criminal convictions of clients he had represented.

### JURISDICTION AND VENUE

3.      The Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1681p.

4.      Venue and personal jurisdiction are proper in this Court, in that plaintiff was injured in this District, defendant regularly does or transacts business in the District, and defendant regularly furnishes consumer reports on persons residing within the District.

### PARTIES

5.      Plaintiff is a citizen of Iowa and a "consumer" as protected and governed by

1

the FCRA.

6.     Defendant LexisNexis Risk Solutions Inc. is a corporation chartered under Georgia law which does business in Iowa.   Its registered agent and office are CT Corporation System, 500 E. Court Ave., Des Moines, IA 50309.

7.     At all times relevant hereto LexisNexis Risk Solutions Inc., was a "consumer reporting agency" governed by the FCRA.

8.     At all times relevant hereto, LexisNexis Risk Solutions Inc., was regularly engaged in the business of assembling, evaluating and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681(d) to third parties.

9.     Defendant LexisNexis Risk Solutions Inc. provides consumer reports to third parties under contract for monetary compensation.

### FACTS

10.     Plaintiff is an attorney in good standing in Iowa and Illinois who regularly practices in the state and federal courts of those states.

11.     From time to time plaintiff has defended persons charged with criminal offenses.

12.     In early 2013, a business with which plaintiff is associated sought to establish a relationship with Menards, Inc. (hereinafter "Menards") delivering goods from Menards to customers.

13.     Menards ordered a consumer report on plaintiff. The report was identical to that which would be obtained had he sought employment with Menards and is a consumer report.

2

14.    The report was prepared by defendant LexisNexis Risk Solutions Inc.

15.    Defendant LexisNexis Risk Solutions Inc. stated in the report (attached as Exhibit A ) that plaintiff had been convicted of three serious criminal offenses, including:

   a.    A "serious misdemeanor" conviction for domestic abuse assault.

   b.    Operating a vehicle while intoxicated.

   c.    An "aggravated misdemeanor" conviction for child endangerment.

16.    In fact, plaintiff had not been convicted of the offenses in question.

17.    Rather, three *clients* of plaintiff had been convicted of the offenses in question in cases in which plaintiff had represented them as their attorney.

18.    It is patently obvious to anyone with experience in reading court records that plaintiff's involvement in the three cases was as *counsel* for the defendants and that he was not the *person charged with or convicted of the offenses*.

19.    Defendant knew that the type of public record information that it was reporting (criminal convictions) was likely to have an adverse effect upon plaintiff.

20.    Defendant willfully or negligently failed to ensure the maximum possible accuracy of its consumer file relating to plaintiff and intentionally or recklessly furnished inaccurate information regarding plaintiff to users of consumer reports.

21.    As a result of this report, Menards issued a letter denying plaintiff "employment," (attached as Exhibit B) and although plaintiff's business partner was finally able to convince Menards to work with them, Menards requested that plaintiff not participate in the deliveries and stay away from Menards.

22.    As a result of defendant's conduct, plaintiff suffered financial loss and mental anguish.

3

23.     Defendant knew about its obligations under the FCRA.   Defendant has been sued repeatedly for inaccurate criminal background reports and other FCRA violations, yet defendant continues to provide inaccurate reports to employers and others requesting them.

## COUNT I - FCRA

24.     Plaintiff incorporates paragraphs 1-23.

25.     Defendant failed to comply with its obligations under the FCRA, 15 U.S.C. §1681e(b), by failing to follow reasonable procedures to assure the maximum possible accuracy of the information in the file it maintains on and its reports regarding plaintiff.

26.     Section 1681e(b) provides:

**(b) Accuracy of report.   Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.**

27.     Additionally, defendant's procedures in reviewing court information were egregious and irresponsible, in that defendant failed to distinguish between the client in the court case and his counsel.

28.     Defendant violated 15 U.S.C. §1681n and/or §1681o.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and against defendants for:

      (1)     Statutory damages;

      (2)     Punitive damages;

      (3)     Actual damages;

      (4)     Attorney's fees, litigation expenses and costs of suit;

      (5)     Such other or further relief as the Court deems proper.

4

/s/ Jennie L. Clausen
Jennie Clausen, Attorney for Plaintiff
IA #AT0001551   IL # 6304534

H. J. DANE LAW OFFICE
KSTT Place
1111 E. River Drive
Davenport, IA 52803-5740
(563) 326-0006
(563) 326-6204 (FAX)
jennieclausen@hjdane.com

pro hac vice admission to be applied for:

Daniel A. Edelman
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois   60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

/s/ Jennie L. Clausen
Jennie Clausen, Attorney for Plaintiff
IA #AT0001551   IL # 6304534

H. J. DANE LAW OFFICE
KSTT Place
1111 E. River Drive
Davenport, IA 52803-5740
(563) 326-0006
(563) 326-6204 (FAX)
jennieclausen@hjdane.com

5

# Exhibit A

**Background Report**

*Confidential*

**HAROLD JOHN DANE III**

CID - 37682154

MENARDS, INC
5101 MENARD DRIVE
EAU CLAIRE, WI 54703-9604

**Caution to Customer:** Under the terms of our service agreement, this report is submitted with the understanding that it is to be held in strict confidence and to be used Only for the purpose indicated in the Customer's agreement for service, i.e. to determine eligibility for Employment / Volunteer / Government benefits / etc. If the Client Representative intends to take adverse action based in whole or in part on the contents of this report, the Customer Representative must provide the consumer with a copy of the report and a summary of consumer rights as prescribed by FCRA section 1681g(c)(3). LexisNexis Risk Solutions has provided your company with copies of the consumer rights statements for this purpose. In addition, remember the pre- and post-notification requirements and Consumer authorization prescribed by FCRA section 1681b and section 1681m.

If you are a LexisNexis Consumer

Please contact the LexisNexis Consumer Center at:
1-800-845-6004 Toll Free (within the U.S.)
+1 678-694-2530 Toll Number (outside the U.S.)

LexisNexis Customers

Please contact the CHARLOTTE EMPLOYMENT SERVICE CENTER at:
866-221-6684



Risk Solutions
Screening

CID - 37882154

## General Consumer Information

Consumer's Name HAROLD JOHN DANE III

Client Name MENARDS, INC

Cost Center 3063

The following consumer information was used in the production of this report:
Last Name, First Name, Middle Name, SSN, Date of Birth, Address

SSN

Address

Date of Birth

Other Names
Not Provided

Information Regarding this Order:

Position Applied For

Date Ordered Mar 25, 2013 06:34:01 PM

Background Check Completion Date Mar 29, 2013 09:21:17 AM

Report Last Updated on Mar 29, 2013 09:21:17 AM

Date Report Printed Apr 05, 2013 12:04:12 AM

All timestamps represent Eastern Time

Score Result 03/29/2013 - BASED ON YOUR CRITERIA, THE OVERALL CASE SCORE IS INELIGIBLE

**Package Name: STANDARD PACKAGE WITH MVR**

| Package Searches Ordered | Status | Review | Score |
|---|---|---|---|
| Social Security Verification | Complete | No | |
| Social Security Verification | Complete | No | Pass |
| Felony Including Misdemeanor | Complete | Yes* | |
| Felony Including Misdemeanor BETTENDORF, SCOTT, IA | Complete | Yes* | Ineligible |
| Motor Vehicle Report | Complete | No | |
| Motor Vehicle Report | Complete | No | Eligible |

Additional Searches Ordered

NONE

* Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

** Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

*** This product has been blocked from delivery due to compliance related restrictions.

## Social Security Number Validation

**Note**

The Social Security Number Validation is a process where the SSN is confirmed as being issued by the Social Security Administration. The Social Security Number Validation also confirms that the SSN does not belong to a deceased individual.

Valid SSN? Yes                     State Issued IOWA

Date Issued BETWEEN 1968-1968      Reported Deceased? No

**Disclaimer**

The results of the Social Security Number Validation do not provide a verification that the Social Security Number belongs to the Consumer of this report.

## Social Security Verification
**Status: Complete**
**Score: Pass**

The The Social Security Number Verification/Identity Verification (SSNV) performed for this applicant reviews NON-FCRA data designed to confirm the identity of the applicant prior to you reviewing the FCRA-regulated employment-related background check. As such, this identity confirmation is not part of the FCRA Consumer Report and does not use an FCRA database. Only the contents of the Consumer Report itself should be used as factors in evaluating an individual for employment, promotion, reassignment, or retention as an employee.

### Customer Provided Information

| SSN | DOB |
|---|---|
| SSN State Issued IA | SSN Year Issued |
| Name Type Report Subject | Name DANE, HAROLD |
| Name Type Former Name | Name DANE, HAROLD K III |
| Name Type Former Name | Name DANE, H J III |
| Name Type Former Name | Name DANE, HAROLD J III |
| Addr Type Residence Address Address | First Date 12/00/2002 Last 04/00/2003 |
| Addr Type Former Address Address | First Date 01/00/2004 Last 01/00/2004 |
| Addr Type Former Address Address | First Date 11/00/1985 Last 08/00/2004 |
| Addr Type Former Address Address | First Date 02/00/2004 Last 02/00/2013 |
| Addr Type Former Address Address | First Date 04/00/1990 Last 03/00/2013 |

**Remark**

AN IDENTITY VERIFICATION SEARCH HAS BEEN COMPLETED AND NO DISCREPANCIES WERE FOUND.

### Order Process History

| Date | Description |
|---|---|
| 03/25/2013 06:34:03 PM | Search In Progress. |
| 03/25/2013 06:34:14 PM | Search In Progress. |
| 03/25/2013 06:34:15 PM | Record Judged. |

## Felony Including Misdemeanor BETTENDORF, SCOTT, IA
**Status: Complete**
**Score: Ineligible**

CID - 37682154

| Record Source | SCOTT 7TH DISTRICT COURT |
|---|---|
| Search Results | Record Found |
| Search Type | FELONY INDEX SEARCH INCLUDE MISDEMEANORS |
| Type of Search | Felony Including Misdemeanor |
| Date of Search | 03/27/2013 |
| Search Period | 03/11/2006 - 03/11/2013 |
| Address Covered | |
| Address City Covered | BETTENDORF |
| Address County Covered | SCOTT |
| Address State Covered | IA |
| Address Zip | 52722 |
| Location | 416 WEST 4TH STREET DAVENPORT SCOTT COUNTY |
| Given Name Searched | HAROLD JOHN DANE III |
| Developed Name Searched | H J DANE, HAROLD K DANE, HAROLD DANE, HAROLD J DANE III |

*Full matched by the following identifiers: Last Name, First Name, Middle Name, DOB*

| Case Reference # | 07821 SRCR283839 |
|---|---|
| Case Date | 11/08/2005 |
| Name on File | HAROLD J DANE |
| DoB on File | |
| Charge | DOMESTIC ABUSE ASSAULT WITHOUT INTENT CAUSING INJURY |
| Charge Type | SERIOUS MISDEMEANOR |
| Disposition | GUILTY |
| Date | 03/02/2006 |
| Sentence | JAIL SUSPENDED 118 DAY(S); JAIL 120 DAY(S); FINE/COST/RESTITUTION 434.05; PROBATION 1 YEAR(S) |

*Full matched by the following identifiers: Last Name, First Name, Middle Name, DOB*

| Case Reference # | 07821 OWCR338587 |
|---|---|
| Case Date | 05/09/2011 |
| Name on File | HAROLD J DANE |
| DoB on File | |
| Charge | OPERATING VEHICLE WHILE INTOXICATED 1ST OFFENSE |
| Charge Type | SERIOUS MISDEMEANOR |
| Disposition | GUILTY |
| Date | 06/22/2011 |
| Sentence | FINE/COST/RESTITUTION 953.75; JAIL SUSPENDED 118 DAY(S); JAIL 120 DAY(S); PROBATION 1 YEAR(S) |

*Full matched by the following identifiers: Last Name, First Name, Middle Name, DOB*

| Case Reference # | 07821 AGCR278112 |
|---|---|
| Case Date | 05/05/2005 |
| Name on File | HAROLD J DANE |
| DoB on File | |
| Charge | CHILD ENDANGERMENT |

| Charge Type | AGGRAVATED MISDEMEANOR |
|---|---|
| Disposition | GUILTY |
| Date | 07/27/2005 |
| Sentence | FINE/COST/RESTITUTION 730; PROBATION 1 YEAR; JAIL SUSPENDED 240 DAYS; JAIL 240 DAYS |
| Charge | DOMESTIC ABUSE ASSAULT WITHOUT INTENT CAUSING INJURY |
| Charge Type | SERIOUS MISDEMEANOR |
| Disposition | GUILTY |
| Date | 07/27/2005 |
| Sentence | PROBATION 1 YEAR(S); FINE/COST/RESTITUTION 730; JAIL SUSPENDED 5 DAY(S); JAIL 7 DAY(S) |

### Source Status History

| Status Date | Description |
|---|---|
| 03/25/2013 6:36:22 PM | Search in progress. Expected completion by 03/28/2013 |

Remark

### Order Process History

| Date | Description |
|---|---|
| 03/25/2013 06:34:03 PM | Search In Progress. |
| 03/25/2013 06:36:22 PM | Search In Progress. |
| 03/27/2013 02:23:48 PM | Record sent for Auto Adjudication. |
| 03/27/2013 02:23:58 PM | Search In Progress. |
| 03/29/2013 08:31:54 AM | Record Judged. |

---

**Motor Vehicle Report**                                                                    Status: Complete
                                                                                              Score: Eligible

```
CUSTOMER PROVIDED INFORMATION:
SSN =              DOB =                    DL =



                              LEXISNEXIS INC.

DRIVER RECORD INFORMATION obtained by   LexisNexis Inc.  on customer's
behalf from the motor vehicle records of the state/province of  IOWA
Identification of driver is based on information submitted.

Name/Address                        Quoteback
DANE, HAROLD JOHN III              869514    ESD# 37682154 1 MVR




Driver License Number  Rpt Date   Systems Use            Account Number
                       03/25/2013  000000000000000       990236MNC

Social Security Number DOB     DMV Account Number



                    DRIVER LICENSE INFORMATION
--------------------------------------------------------------------
Class               Issued   Expire  Status         Restrictions
C-NCOMM VEHICLE     11212008 11012013 VALID          COR LENSES
```

MISCELLANEOUS CONSUMER STATEMENT INFORMATION
--------------------------------------------------------------------------------
BEFORE TAKING ADVERSE ACTION IN AN EMPLOYMENT DECISION BASED ON THIS
REPORT, THE FCRA REQUIRES YOU TO PROVIDE THE CONSUMER WITH A COPY OF
THE CONSUMER REPORT, ALONG WITH A WRITTEN DESCRIPTION OF THE CONSUMER'S
RIGHTS UNDER THE FCRA. LEXISNEXIS RISK SOLUTIONS INC. HAS PROVIDED YOUR
COMPANY WITH COPIES OF THE CONSUMER RIGHTS STATEMENTS FOR THIS PURPOSE.
LIC 1 AUDIT #: 2773030


                        DRIVING RECORD
--------------------------------------------------------------------------------

### Order Process History

| Date | Description |
|------|-------------|
| 03/25/2013 06:34:03 PM | Search In Progress. |
| 03/25/2013 06:34:03 PM | Search In Progress. |
| 03/25/2013 06:34:06 PM | Search In Progress. |
| 03/26/2013 10:43:12 AM | Record Judged. |

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary Of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. Seewww.consumerfinance.gov/learnmore for additional information.

- You have the right to ask for a credit score. Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need, usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- Identity theft victims and active duty military personnel have additional rights. For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |

| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| --- | --- |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

# Exhibit B

HUMAN RESOURCES DEPT., 5101 MENARD
EAU CLAIRE, MD 54703                                       04/05/2013


ı||ı·ı·ı·|ı|ı||ᵘ|ıⁿ·||ı·ı·|·ı·ıⁱ·|||··ᵘ||ıı|ı||ı||ᵘⁱ·ᵘⁱ·ᵘ·ı·ᵘ|||·ı
DANE, HAROLD




Dear HAROLD DANE

Thank you for your interest in Menard, Inc.

Unfortunately, we will not be able to offer you employment at this time. Our decision was based in
whole or in part on information about you contained in a Consumer Report received from
LexisNexis Screening Solutions. LexisNexis Screening Solutions did not in any way participate in
the decision to deny your employment and cannot give you specific reasons why your
employment was denied.

You have the right to get a free copy of the consumer report if you request it from LexisNexis
Screening Solutions within 60 days of your receipt of this letter. (Please note that we sent you a
copy of this report with our earlier letter.) You also have the right to dispute the completeness or
accuracy of any information contained in the report by contacting LexisNexis Screening Solutions
directly.

You may contact LexisNexis Screening Solutions at:
LexisNexis Risk Solutions Inc.
Employment Consumer Disclosure Group
P.O. Box 105108
Atlanta, GA 30348
TEL (866) 688-4864
FAX (866) 294-6971

We wish you the best of luck in your job search. Again, thank you for your interest in Menard, Inc.

Sincerely,

Menard, Inc.