UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

---

HAROLD JOHN ("JACK") DANE, III,

    Plaintiff,

vs.

LEXISNEXIS SCREENING
SOLUTIONS, INC., et al.

    Defendant.

3:13-cv-00058-DP-TJS

Judge Robert W. Pratt
Magistrate Judge Thomas J. Shields

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT LEXISNEXIS SCREENING SOLUTIONS, INC., et al.**

---

Plaintiff Harold John ("Jack") Dane, III and named Defendants LexisNexis Screening Solutions, Inc., and LexisNexis Risk Solutions, Inc., by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that the Plaintiff's claims against LexisNexis Risk Solutions Inc. and LexisNexis Screening Solutions, Inc., should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties respectfully ask this Honorable Court to dismiss this action accordingly, pursuant to Fed. R. Civ. P. 41(a)(2) (providing that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper"), by entering the proposed Order being presented together with this Stipulation.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Tara L. Goodwin | /s/ Jason A. Spak |
| Daniel A. Edelman, Esq.<br>Cathleen M. Combs, Esq.<br>James O. Latturner, Esq.<br>Tara L. Goodwin, Esq.<br>Edelman, Combs, Latturner<br>& Goodwin, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago, IL  60603<br>Telephone:   (312) 739-4200<br>Fax:             (312) 419-0379<br>E-Mail:       dedelman@edcombs.com<br>                   ccombs@edcombs.com<br>                   jlatturner@edcombs.com<br>                   tgoodwin@edcombs.com<br><br>*Counsel for Harold John ("Jack") Dane, III* | Jason A. Spak (admitted *pro hac vice*)<br>PICADIO SNEATH MILLER & NORTON, P.C.<br>Four Gateway Center<br>444 Liberty Avenue, Suite 1105<br>Pittsburgh, PA 15222<br>Telephone:    (412) 288-4385<br>Facsimile:     (412) 288-2405<br>Email:           jspak@psmn.com<br><br>*- in association with –*<br><br>Gregory M. Lederer AT0004668<br>J. Michael Weston AT0008405<br>118 – 3rd Avenue SE, Suite 700<br>P. O. Box 1927<br>Cedar Rapids, IA 52406-1927<br>Telephone: (319) 365-1184<br>Fax: (319) 365-1186<br>E-mail: mweston@lwclawyers.com<br><br>Benjamin M. Weston AT0009704<br>4401 Westown Parkway, Suite 310<br>West Des Moines, IA 50266<br>Telephone: (515) 224-3911<br>Fax: (515) 224-2698<br>E-mail: bweston@lwclawyers.com<br><br>*Counsel for Defendants LexisNexis Screening Solutions, Inc., and LexisNexis Risk Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of September, 2014**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Jason A. Spak, Esq.           | Benjamin M. Weston, Esq.       |
|-------------------------------|--------------------------------|
| jspak@psmn.com                | bweston@lwclawyers.com         |
| J. Michael Weston, Esq.       | Gregory M. Lederer, Esq.       |
| mweston@lwclawyers.com        | glederer@lwclawyers.com        |

                           /s/ Tara L. Goodwin
                           Tara L. Goodwin